PROB. 35
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 MAY 29 PM 2:21

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Docket # 4:98CR3072

Carol S. Folan

On September 21, 1999, Carol S. Folan was sentenced to 90 months custody, to be followed by five (5) years supervised release. The period of supervised release commenced May 27, 2005. Ms. Folan has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Carol S. Folan be discharged from supervision.

Respectfully submitted,

Kit Lemon, Supervising
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 29th day of May, 2008.

The Honorable Lyle E. Strom
Senior United States District Judge